Jeffrey W. Dulberg (CA Bar No. 181200)
John W. Lucas (CA Bar No. 271038)
Andrew W. Caine (CA Bar #110345)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone: 310-277-6910
Facsimile: 310-201-0760
E-mail: jdulberg@pszjlaw.com
jlucas@pszjlaw.com

Counsel to Appellee Bradley D. Sharp, Liquidation Trustee of the Klein Creditors' Liquidation Trust

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| In re:<br><br>LESLIE KLEIN,<br><br>Debtor.<br><br>LIFE CAPITAL GROUP, LLC and JONATHAN POLTER,<br><br>Appellants,<br><br>v.<br><br>BRADLEY D. SHARP, Liquidation Trustee of the Klein Creditors' Liquidation Trust,<br><br>Appellee. | Case No. 2:26-cv-11522-CV<br>Hon. Cynthia Valenzuela<br><br>Bankr. Case No. 2:23-bk-10990-NB<br>Chapter 11<br><br>Adv. No. 2:25-ap-01020-NB<br><br>Related Case No.: 2:26-cv-11602-MRA<br><br>**CERTIFICATE OF SERVICE** |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

STATE OF CALIFORNIA )
)
CITY OF SAN FRANCISCO )

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Francisco, State of California. My business address is One Sansome Street, Suite 3430, San Francisco, CA 94104.

On October 19, 2026, I served true copies of the following document(s)

- *Notice of Related Cases*

described as on the interested parties in this action as follows:

☐ **BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Pachulski Stang Ziehl & Jones LLP for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at San Francisco, California.

☒ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address ocarpio@pszjlaw.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**** SEE ATTACHED SERVICE LIST ****

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 19, 2026, at San Francisco, California.

Oliver Carpio

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

**SERVED VIA ECF:**

| | |
|---|---|
| Matthew A. Lesnick<br>Lesnick Prince Pappas and Alverson LLP<br>315 West Ninth Street, Suite 705<br>Los Angeles, CA 90015<br>213-493-6496<br>Fax: 213-493-6596<br>Email: mlesnick@lesnickprince.com | Lisa Patel<br>Lesnick Prince Pappas and Alverson LLP<br>315 West Ninth Street, Suite 705<br>Los Angeles, CA 90015<br>213-493-6496<br>Fax: 213-493-6596<br>Email: lpatel@lesnickprince.com |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA